# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 23-5103**                          **September Term, 2025**

**1:20-cv-02340-EGS**

**Filed On: July 14, 2026** [2183129]

State of New York, et al.,

     Appellees

    v.

Donald J. Trump, in his official capacity as
the President of the United States, et al.,

     Appellants

-----------------------------

Consolidated with 24-5047

## O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:   /s/
          Daniel J. Reidy
          Deputy Clerk